IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK NORTON, DASHKA LOUIS, CAROLINE MITCHELL, NANCY BARTLETT and AZILDA CORDAHI, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED, THE BOARD OF DIRECTORS OF MASS GENERAL BRIGHAM INCORPORATED, THE INVESTMENT COMMITTEE OF MASS GENERAL BRIGHAM INCORPORATED and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 1:22-cv-10045-MJJ |

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

Plaintiffs Mark Norton, Daska Louis, Caroline Mitchell, Nancy Barlett, and Azilda Cordahi ("Plaintiffs") and Defendants Mass General Brigham Incorporated, the Board of Directors of Mass General Brigham Incorporated, and the Investment Committee of Mass General Brigham Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this joint status report and motion to extend stay pursuant to the Court's January 3, 2024 Order. *See* ECF 93. The parties report that they have continued to engage in settlement discussions after being unsuccessful in resolving this matter during a November 16, 2023 mediation. Accordingly, the parties respectfully request that these proceedings remain stayed through and including March 18, 2024. The parties further request that they jointly submit a further status report on March 18, 2024.

1

Dated: February 1, 2024

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh
Donald R. Reavey
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
markg@capozziadler.com
donr@capozziadler.com

*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *Keri L. Engelman*
Keri L. Engelman, Bar No. 704360
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7828
Facsimile: (617) 341-7701
keri.engelman@morganlewis.com

Jeremy P. Blumenfeld (*admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103-2921
Phone: 215.963.5028/5258
Fax: 215.963.5001
jeremy.blumenfeld@morganlewis.com

*Attorneys for Defendants*

## **RULE 7.1 CERTIFICATE**

Counsel for the parties hereby certify that they met and conferred regarded the requested relief. The parties jointly request and consent to the requested relief.

*/s/ Keri L. Engelman*
Keri L. Engelman

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keri L. Engelman*
Keri L. Engelman