IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK NORTON, DASHKA LOUIS, CAROLINE MITCHELL, NANCY BARLETT and AZILDA CORDAHI, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED, THE BOARD OF DIRECTORS OF MASS GENERAL BRIGHAM INCORPORATED, THE INVESTMENT COMMITTEE OF MASS GENERAL BRIGHAM INCORPORATED and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 1:22-cv-10045-MJJ |

## JOINT STATUS REPORT

Plaintiffs Mark Norton, Daska Louis, Caroline Mitchell, Nancy Barlett, and Azilda Cordahi ("Plaintiffs") and Defendants Mass General Brigham Incorporated, the Board of Directors of Mass General Brigham Incorporated, and the Investment Committee of Mass General Brigham Inc. (collectively, "Defendants") ("Plaintiffs" and "Defendants" are collectively referred to as the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report in response to this Court's Order of December 17, 2024. *See* ECF No. 113.

1.  As indicated in the Parties' Joint Status Report and Motion to Extend Stay filed December 16, 2024 (*see* ECF No. 112), the Parties participated in a full-day mediation session on January 30, 2025, before David Geronemus.

1

2.	The Parties reached a settlement in principle. Further, the Parties are currently preparing papers to memorialize the terms of their settlement agreement, and to seek Court approval of the settlement. Plaintiffs anticipate filing an unopposed motion for preliminary approval of the settlement no later than March 13, 2025.

3.	Accordingly, the Parties propose that the stay of this matter be extended to March 13, 2025, at which time the Plaintiffs will file their unopposed motion for preliminary approval.

Dated: February 6, 2025                                         Respectfully submitted,

/s/ *Mark K. Gyandoh*                                           /s/ *Keri L. Engelman*
Mark K. Gyandoh                                                 Keri L. Engelman, Bar No. 704360
CAPOZZI ADLER, P.C.                                             MORGAN, LEWIS & BOCKIUS LLP
312 Old Lancaster Road                                          One Federal Street
Merion Station, PA 19066                                        Boston, MA 02110-1726
Telephone: (610) 890-0200                                       Telephone: (617) 341-7828
Facsimile: (717) 233-4103                                       Facsimile: (617) 341-7701
Email: markg@capozziadler.com                                   Email: keri.engelman@morganlewis.com

Peter A. Muhic                                                  Jeremy P. Blumenfeld (*admitted pro hac vice*)
MUHIC LAW LLC                                                   MORGAN, LEWIS & BOCKIUS LLP
923 Haddonfield Road                                            2222 Market Street
Suite 300                                                       Philadelphia, PA  19103-2921
Cherry Hill, NJ 08002                                           Phone:  (215) 963-5028/5258
Telephone: (856) 324-8252                                       Fax:  (215) 963-5001
Email: peter@muhiclaw.com                                       Email: jeremy.blumenfeld@morganlewis.com

*Attorneys for Plaintiffs*                                      *Attorneys for Defendants*

## RULE 7.1 CERTIFICATE

Counsel for the parties hereby certify that they met and conferred regarded the requested relief. The parties jointly request and consent to the requested relief.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 6th day of February, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                   */s/ Mark K. Gyandoh*
                                                   Mark K. Gyandoh