# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK NORTON, DASHKA LOUIS, CAROLINE MITCHELL, NANCY BARTLETT and AZILDA CORDAHI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASS GENERAL BRIGHAM INCORPORATED, THE BOARD OF DIRECTORS OF MASS GENERAL BRIGHAM INCORPORATED, THE INVESTMENT COMMITTEE OF MASS GENERAL BRIGHAM INCORPORATED and JOHN DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.:<br>1:22-cv-10045-MJJ |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

Plaintiffs, Mark Norton, Dashka Louis, Caroline Mitchell, Nancy Bartlett, and Azilda Cordahi, (together, "Plaintiffs"), respectfully submit this Unopposed Motion for Preliminary Approval of the Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement"), Approval of Form and Manner of Settlement Notice, and Scheduling of a Fairness Hearing and respectfully move this Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

---

[1] "Defendants" collectively refers to the Mass General Brigham Incorporated, ("Mass General"), the Board of Directors of the Mass General Brigham Incorporated ("Board"), and the Investment Committee of Mass General Brigham Incorporated, (the "Committee").

A Proposed Order is submitted herewith.

Dated: April 17, 2025	Respectfully submitted,

        **CAPOZZI ADLER, P.C.**

        */s/ Mark K. Gyandoh*
        Mark K. Gyandoh, Esquire
        James A. Maro, Esquire
        312 Old Lancaster Road
        Merion Station, PA 19066
        Telephone: (610) 890-0200
        Facsimile: (717) 233-4101
        Email: markg@capozziadler.com
               jamesm@capozziadler.com

        **MUHIC LAW LLC**
        Peter A. Muhic, Esquire
        923 Haddonfield Road, Ste. 300
        Cherry Hill, NJ 08002
        Telephone: (856) 242-1802
        Facsimile: (717) 233-4101
        Email: peter@muhiclaw.com

        *Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                         By:   *Mark K. Gyandoh*
                                                  Mark K. Gyandoh, Esq.