IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK NORTON, DASHKA LOUIS, CAROLINE MITCHELL, NANCY BARTLETT and AZILDA CORDAHI, on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MASS GENERAL BRIGHAM INCORPORATED, THE BOARD OF DIRECTORS OF MASS GENERAL BRIGHAM INCORPORATED, THE INVESTMENT COMMITTEE OF MASS GENERAL BRIGHAM INCORPORATED and JOHN DOES 1-30,<br><br>        Defendants. | Civil Action No. 1:22-cv-10045-MJJ |

**JOINT STIPULATION TO EXTEND DUE DATE
FOR INDEPENDENT FIDUCIARY REPORT**

      The undersigned counsel for Plaintiffs, Mark Norton, Dashka Louis, Caroline Mitchell, Nancy Bartlett, and Azilda Cordahi ("Plaintiffs) and Defendants, Mass General Brigham Incorporated, The Board of Directors of Mass General Brigham Incorporated, The Investment Committee of Mass General Brigham Incorporated (collectively, "Defendants", and together the "Parties") in the above-captioned action hereby stipulate and agree as follows:

      1.     The Parties executed a Settlement Agreement (ECF 130-1) on April 17, 2025, and Plaintiffs submitted it to the Court for preliminary approval on the same day (ECF No. 120).

      2.     The Court entered a Preliminary Approval Order on May 5, 2025 (ECF No. 123).

      3.     The Fairness Hearing to review the Settlement is set for September 25, 2025.

4.     Defendants have retained an Independent Fiduciary to review the terms of the Settlement and determine whether to approve the Settlement on behalf of the Plan per Prohibited Transaction Class Exemption 2003-39.

5.     Under the Settlement Agreement, the Independent Fiduciary has until "no later than thirty (30) calendar days before the Fairness Hearing" to submit a report notifying Defendants of its determination. Settlement Agreement, ¶ 2.1.2. Accordingly, the Independent Fiduciary's report is due on August 26, 2025.

6.     The Parties have conferred with the Independent Fiduciary who needs more time to review the Settlement Agreement before it can render a decision. Per the terms of the Settlement Agreement, "[f]ollowing entry of the Preliminary Approval Order, this Settlement Agreement may be modified or amended only by written agreement signed on behalf of all Settling Parties, and only if the modification or amendment is approved by the Independent Fiduciary in writing and is approved by the Court." Settlement Agreement, ¶ 14.13.

7.     Because the due date for the Independent Fiduciary report is derived from a provision of the Settlement Agreement, and a Preliminary Approval Order has already been entered, the Parties must satisfy each of the foregoing prerequisites, including obtaining the Court's approval, to modify the due date of the Independent Fiduciary report. Each of the foregoing prerequisites have been satisfied except approval of the Court.

8.     Accordingly, the Parties hereby stipulate, with the Court's approval, that paragraph 2.1.2 of the Settlement Agreement is modified as follows:

> "The Independent Fiduciary shall notify Defendants directly of its determination, in writing (with copies to Class Counsel and Defense Counsel), which notification

shall be delivered no later than fourteen(14) calendar days before the Fairness Hearing."

IT IS SO STIPULATED this 26th day of August, 2025.

|  | Respectfully submitted, |
|---|---|
| /s/ *Mark K. Gyandoh* | /s/ *Keri L. Engelman* |
| Mark K. Gyandoh, Esquire | Keri L. Engelman, Bar No. 704360 |
| (*admitted pro hac vice*) | **MORGAN, LEWIS & BOCKIUS LLP** |
| James A. Maro, Esquire | One Federal Street |
| (*admitted pro hac vice*) | Boston, MA 02110-1726 |
| **CAPOZZI ADLER, P.C.** | Telephone: (617) 341-7828 |
| 312 Old Lancaster Road | Facsimile: (617) 341-7701 |
| Merion Station, PA 19066 | Email: keri.engelman@morganlewis.com |
| Telephone: (610) 890-0200 | |
| Facsimile: (717) 233-4103 | Jeremy P. Blumenfeld, Esquire |
| Email: markg@capozziadler.com | (*admitted pro hac vice*) |
| jamesm@capozziadler.com | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 1701 Market Street |
| **MUHIC LAW LLC** | Philadelphia, PA 19103-2921 |
| Peter A. Muhic, Esquire | Phone: 215.963.5028/5258 |
| (*admitted pro hac vice*) | Fax: 215.963.5001 |
| 923 Haddonfield Road, Ste. 300 | Email: jeremy.blumenfeld@morganlewis.com |
| Cherry Hill, NJ 08002 | |
| Telephone: (856) 324-8252 | *Attorneys for Defendants* |
| Facsimile: (717) 233-4101 | |
| Email: peter@muhiclaw.com | |
| | |
| *Counsel for Plaintiffs and Class Counsel for the Class* | |

SO ORDERED:

Dated: _____    _____
                                                   Hon. Myong J. Joun
                                                   United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 26th day of August, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<u>/s/ Mark K. Gyandoh</u>
Mark K. Gyandoh
